```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
```

DAVID RIVERA

                              Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION; CITY OF NEW YORK, CLAUDETTE CHRISTIE, former Principal of World Academy for Total Community Health (WATCH) High School; ARIANNA LEWIS, Assistant Principal for Thomas Jefferson Campus,

                              Defendants.

**DECLARATION OF ASSISTANT CORPORATION COUNSEL COREY B. HIRSCH IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE COMPLAINT**

No. 21 CV 06134 (ENV)(TAM)

```
------------------------------------------------------------------ x
```

        **Corey B. Hirsch**, declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

        1.    I am an Assistant Corporation Counsel in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants the New York City Department of Education ("DOE"), Claudette Christie, and Arianna Lewis, in the above referenced action.

        2.    I submit this declaration in order to place before the Court documents in support of Defendants' Motion to Dismiss the Complaint pursuant to Federal Civil Procedure Rule (12)(b).

        3.    Annexed hereto are documents which Plaintiff has incorporated into the Complaint by reference or documents of which the Court may take judicial notice. The documents annexed hereto are:

        **Exhibit A:**    Plaintiff David Rivera's Probationary Agreement, dated April 30, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:	New York, New York
	May 2, 2022

					/s/ *Corey B. Hirsch*
					Corey B. Hirsch
					Assistant Corporation Counsel