UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DAVID RIVERA,

                                    Plaintiff,

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION; CITY OF NEW YORK, CLAUDETTE CHRISTIE, former Principal of World Academy for Total Community Health (WATCH) High School; ARIANNA LEWIS, Assistant Principal for Thomas Jefferson Campus,

                                    Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**
21-cv-06134 (ENV) (TAM)

        **PLEASE TAKE NOTICE**, that I am an Assistant Corporation Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for the Defendants in the above captioned action, and I am assigned to this action. Please direct all future filings or other information related to this action to me at the below address.

Dated:      New York, New York
             May 17, 2022

                                      **HON. SYLVIA O. HINDS-RADIX**
                                      Corporation Counsel of the City of New York
                                      *Attorney for Defendants*
                                      100 Church Street
                                      New York, New York 10007
                                      Tel: (212) 356-3177
                                      eestrada@law.nyc.gov

                                      By:    *Edwar Estrada /s/*
                                                 *Assistant Corporation Counsel*

CC:    GLASS HARLOW & HOGROGRIAN LLP (VIA ECF)
        *Attorneys for Plaintiff*
        85 Broad Street, 16th Floor, WeWork
        New York, New York 10004
        (212) 537-6859